UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| KEY ENTERPRISES, LLC, a Minnesota limited liability company d/b/a MSP Communications, | Case No. 12-CV-2628 (PJS/JSM) |
| Plaintiff, | ORDER |
| v. | |
| CARSTEN MORGAN, an individual; and INK PUBLISHING CORP., a Delaware corporation, | |
| Defendants. | |

---

Plaintiff Key Enterprises, LLC ("Key Enterprises") previously moved to remand this case to state court. The basis for jurisdiction alleged by defendants upon removal of this case from state court is diversity jurisdiction pursuant to 28 U.S.C. § 1332. The parties agree that diversity of citizenship is satisfied. *See* ECF No. 13 at 2; ECF No. 32 at 2. But no evidence has been submitted by the parties showing that this is so.

Key Enterprises is a limited-liability company ("LLC"). "When diversity jurisdiction is invoked in a case in which a limited liability company is a party, the court needs to know the citizenship of each member of the company." *American Seeds, LLC v. Dalchow*, No. 12-CV-2951, 2012 WL 5931721, at *1 (D. Minn. Nov. 27, 2012) (internal quotations omitted). Nothing submitted by the parties identifies Key Enterprises's members, or identifies the respective citizenships of those members. Accordingly, IT IS HEREBY ORDERED THAT the parties submit evidence identifying each of Key Enterprises's members, and identifying the citizenship of those members, by Monday, January 14, 2013.

SO ORDERED.

Dated: January 10, 2013                              s/Patrick J. Schiltz
                                                    Patrick J. Schiltz
                                                    United States District Judge